**DICKINSON WRIGHT PLLC**
BROOKS T. WESTERGARD
Nevada Bar No. 14300
bwestergard@dickinsonwright.com
courtnotification@dickinsonwright.com
100 W. Liberty Street, Suite 940
Reno, Nevada 89501
Tel.: (775) 343-7500
Fax: (844) 670-6009

BRANDON L. DEBUS
(admitted *pro hac vice*)
ALEANNA B. SIACON
(admitted *pro hac vice*)
bdebus@dickinsonwright.com
asiacon@dickinsonwright.com
2600 W. Big Beaver Road, Suite 300
Troy, Michigan 48084
Tel.: (248) 433-7674
Fax: (844) 670-6009

*Attorneys for Plaintiff*
*M99 Studios, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| M99 STUDIOS, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>GUNNA TOURING, LLC, a Georgia limited liability company.<br><br>Defendant. | CASE NO. 2:26-cv-00288-JCM-DJA<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO ANSWER COMPLAINT**<br><br>**(First Request)** |

Pursuant to LR IA 6-1, Plaintiff M99 Studios, LLC ("M99") and Defendant Gunna Touring, LLC ("Gunna Touring") by and through their respective counsels of record, hereby stipulate as follows:

1.  M99 filed its Complaint against Gunna Touring on February 4, 2026 (ECF No. 1);

2.  On February 12, 2026, M99 served Gunna Touring with a copy of the Summons and

1



Complaint on Gunna Touring's registered agent, Carlton Forbes, at 1860 Keswick Place Drive, Lawrenceville, GA 30043 (ECF No. 9);

3. Gunna Touring's first response to M99's Complaint is currently due on March 5, 2026;

4. The parties have been engaging in preliminary settlement discussions and, in an effort to accommodate those discussions and the deadline set forth above, the parties agree that Gunna Touring shall have until March 19, 2026 to file its first response to M99's Complaint;

5. This is the first stipulation for extension of time for Gunna Touring to file its response to M99's Complaint;

6. This Stipulation is made in good faith and not for purposes of delay.

DATED this 5$^h$ day of March, 2026.

Respectfully submitted,

DICKINSON WRIGHT PLLC

/s/ *Brooks T. Westergard*
BROOKS T. WESTERGARD
Nevada Bar No. 14300
bwestergard@dickinsonwright.com
courtnotification@dickinsonwright.com
100 W. Liberty Street, Suite 940
Reno, Nevada 89501
Tel.: (775) 343-7500
Fax: (844) 670-6009

BRANDON L. DEBUS
(admitted *pro hac vice*)
ALEANNA B. SIACON
(admitted *pro hac vice*)

bdebus@dickinsonwright.com
asiacon@dickinsonwright.com
2600 W. Big Beaver Road, Suite 300
Troy, Michigan 48084
Tel.: (248) 433-7674
Fax: (844) 670-6009

*Attorneys for Plaintiff*
*M99 Studios, LLC*



2

WRIGHT FINLAY & ZAK LLP

/s/ *Christina V. Miller* (w/permission)
CHRISTINA V. MILLER
Nevada Bar No. 12448
cmiller@wrightlegal.net
JORY GARABEDIAN
Nevada Bar No. 10352
jgarabedian@wrightlegal.net
8337 W. Sunset Rd., Suite 220
Las Vegas, NV 89113
Tel.: (702) 475-7964
Fax: (702) 946-1345

*Attorneys for Defendant*
*Gunna Touring, LLC*

IT IS SO ORDERED.

Dated: March 9, 2026

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE



3