**DICKINSON WRIGHT PLLC**
BROOKS T. WESTERGARD
Nevada Bar No. 14300
bwestergard@dickinsonwright.com
courtnotification@dickinsonwright.com
100 W. Liberty Street, Suite 940
Reno, Nevada 89501
Tel.: (775) 343-7500
Fax: (844) 670-6009

BRANDON L. DEBUS
(*pro hac vice* application pending)
ALEANNA B. SIACON
(*pro hac vice* application pending)
bdebus@dickinsonwright.com
asiacon@dickinsonwright.com
2600 W. Big Beaver Road, Suite 300
Troy, Michigan 48084
Tel.: (248) 433-7674
Fax: (844) 670-6009

*Attorneys for Plaintiff*
*M99 Studios, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

M99 STUDIOS, LLC, a Nevada limited liability company,

Plaintiff,

v.

GUNNA TOURING, LLC, a Georgia limited liability company.

Defendant.

CASE NO. 2:26-cv-00288-JCM-DJA

**STIPULATION AND ~~[PROPOSED]~~ ORDER TO EXTEND INITIAL EXPERT DISCLOSURES DEADLINE AND REBUTTAL EXPERT DISCLOSURES DEADLINE**

**(First Request)**

Pursuant to LR IA 6-1, Plaintiff M99 Studios, LLC ("M99") and Defendant Gunna Touring, LLC ("Gunna Touring") by and through their respective counsels of record, hereby stipulate as follows:

1. M99 filed its Complaint against Gunna Touring on February 4, 2026 (ECF No. 1);

2. On February 12, 2026, M99 served Gunna Touring with a copy of the Summons and



DICKINSON WRIGHT
ATTORNEYS AT LAW

Complaint on Gunna Touring's registered agent, Carlton Forbes, at 1860 Keswick Place Drive, Lawrenceville, GA 30043 (ECF No. 9);

3. On March 19, 2026, Gunna Touring filed its Answer and Affirmative Defenses to M99's Complaint, and within the same document, brought Counterclaims against M99 ("Counterclaims") (ECF No. 20);
4. On April 9, 2026, M99 filed a motion to dismiss in response to the Counterclaims which is pending;
5. On April 27, 2026, the Court issued the Scheduling Order (ECF No. 34);
6. The Scheduling Order states, among other things, that the Initial Expert Disclosures deadline is July 17, 2026 and the Rebuttal Expert Disclosures deadline is August 16, 2026;
7. The parties are negotiating the terms of a settlement agreement and believe that the material terms have been substantially documented in a draft of the settlement agreement. The parties believe that the settlement agreement and related settlement documents will be completed within the next two weeks;
8. In light of the status of the parties' settlement negotiations, and because the parties would like to avoid incurring additional costs associated with serving Initial Expert Disclosures, the parties have agreed to continue the Initial Expert Disclosures deadline to July 31, 2026, and the Rebuttal Expert Disclosures deadline to August 31, 2026.
9. The parties are not seeking a continuance with any other dates or deadlines in the Scheduling Order.
10. This Stipulation is made in good faith and not for purposes of delay.

DATED this 15th day of July, 2026.

Respectfully submitted,

DICKINSON WRIGHT PLLC

/s/ Brandon L. Debus

BROOKS T. WESTERGARD
Nevada Bar No. 14300
bwestergard@dickinsonwright.com



DICKINSON WRIGHT
ATTORNEYS AT LAW

courtnotification@dickinsonwright.com
100 W. Liberty Street, Suite 940
Reno, Nevada 89501
Tel.: (775) 343-7500
Fax: (844) 670-6009

BRANDON L. DEBUS
(*pro hac vice* application pending)
ALEANNA B. SIACON
(*pro hac vice* application pending)

bdebus@dickinsonwright.com
asiacon@dickinsonwright.com
2600 W. Big Beaver Road, Suite 300
Troy, Michigan 48084
Tel.: (248) 433-7674
Fax: (844) 670-6009

*Attorneys for Plaintiff*
*M99 Studios, LLC*

WRIGHT FINLAY & ZAK LLP

/s/ Jory C. Garabedian

CHRISTINA V. MILLER
Nevada Bar No. 12448
cmiller@wrightlegal.net
JORY GARABEDIAN
Nevada Bar No. 10352
jgarabedian@wrightlegal.net
8337 W. Sunset Rd., Suite 220
Las Vegas, NV 89113
Tel.: (702) 475-7964
Fax: (702) 946-1345

*Attorneys for Defendant*
*Gunna Touring, LLC*



DICKINSON WRIGHT
ATTORNEYS AT LAW

**ORDER**

IT IS HEREBY ORDERED that the parties' request to continue the Initial Expert Disclosures deadline to July 31, 2026, and the Rebuttal Expert Disclosures deadline to August 31, 2026 is GRANTED.

The Initial Expert Disclosures deadline is continued to July 31, 2026, and the Rebuttal Expert Disclosures deadline is continued to August 31, 2026.

Dated: July 20, 2026.

DANIEL J. ALBREGTS
UNITED STATES DISTRICT JUDGE



DICKINSON WRIGHT
ATTORNEYS AT LAW